UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

     Plaintiff,

 v.

USO GENE HALE,

     Defendant.

CASE NO. 19-314 BAT

**DETENTION ORDER**

  The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

  Defendant is charged with being a felon in possession of a firearm. The complaint alleges defendant has a prior felony conviction for possessing a firearm. He was on active Washington State Department of Corrections on the day of the alleged offense. Officers contacted defendant because he had warrants for his arrest including escaping state community custody. When officers contacted defendant, he attempted to drive away. He refused to leave his vehicle until OC spray was administered. When he got out of the vehicle, he used a passenger as a shield between himself and the officers. A search of the vehicle that defendant was driving yielded two loaded firearms and controlled substances.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 15th day of July, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 2